**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Franco Allegria Susanibar, | Case No. 2:26-cv-01445-JAD-NJK |
|     Petitioner | |
| v. | **Order Granting Petitioner's Motion to Dismiss** |
| DHS, et al., | |
|     Respondents | [ECF No. 6] |

Petitioner Franco Allegria Susanibar filed this petition for federal habeas corpus relief from his immigration detention.  On 5/13/26, I ordered the petitioner to show cause why this case should not be dismissed as duplicative of his earlier filed habeas petition in case number 2:26-cv-01331-GMN-NJK.[1]  Susanibar's counsel (who represents him in both cases) has confirmed that the cases are duplicative, and moves this court to dismiss this later-filed petition.[2]  With good cause appearing, IT IS ORDERED that Petitioner's Motion to Dismiss **[ECF No. 6] is GRANTED; this case is dismissed** without prejudice as duplicative.  **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
May 18, 2026

---

[1] ECF No. 3.

[2] ECF No. 6.